IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROLAND STUCKE** | : |
| **Plaintiff,** | : CIVIL ACTION |
| v. | : 12-6216 |
| **CITY OF PHILADELPHIA,** | : |
| **Defendant.** | : |

## ORDER

**AND NOW**, this 11th day of May, 2015, upon consideration of Defendant City of Philadelphia's Motion for Summary Judgment (Doc. 34), Plaintiff Roland Stucke's and Defendant's Statement of Stipulated Material Facts (Doc. 34-1), Plaintiff's Response in Opposition to Defendant City of Philadelphia's Motion for Summary Judgment (Doc. 37), Defendant's Reply Memorandum in Support of Its Motion for Summary Judgment (Doc. 40), and Plaintiff's Sur-Reply in Further Support of His Response in Opposition (Doc. 45), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED**.

BY THE COURT:

/s/ Petrese B. Tucker

_____
Hon. Petrese B. Tucker, C.J.

17